IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
and
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        IT IS ORDERED that defendants' **Motion to Attend Scheduling Conference By Telephone** [Doc. # 13, filed 4/19/2011] is GRANTED.  Todd A. Brenner is granted leave to attend the scheduling conference by telephone, and is directed to contact the court at the appropriate date and time at 303-844-6408.

DATED:  April 19, 2011