IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company, and
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. #25, filed 06/30/2011] (the "Motion"), to add claims against Axcera, LLC. The Motion is GRANTED.

Rule 15, Fed. R. Civ. P., provides that a complaint may be amended once as a matter of course within 21 days after serving it, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Id. at 15(a)(2). A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of

amendment.  Foman v. Davis, 371 U.S. 178, 182 (1962).

The defendants served their answer to the initial Complaint on April 6, 2011. *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint* [Doc. #11], p. 7. Therefore, the plaintiff may not amend his Complaint as a matter of course.  However, the defendants do not object to the proposed amendment.  In addition, it does not appear that the proposed amendment is the result of any undue delay, bad faith or dilatory motive on the part of the plaintiff, or repeated failure to cure deficiencies by amendments previously allowed.  Nor does it appear that the amendment is futile or that it will result in any undue prejudice to the opposing parties.  Foman v. Davis, 371 U.S. 178, 182 (1962).

IT IS ORDERED:

(1)     The Motion [Doc. #25] is GRANTED; and

(2)     The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. #25-1].

Dated July 11, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge