IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
and
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Scheduling Order Deadlines** [docket no. 29, filed July 22, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The deadlines will be extended, but with dates certain. Parties may file any motion requesting discovery on or before **September 12, 2011**. The settlement conference set for September 8, 2011, is **VACATED**, to be reset upon the request of the parties. Plaintiff's opening brief required in this ERISA case is to be filed on or before **January 23, 2012**.

DATED: July 25, 2011