IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan, and
AXCERA, LLC, a Delaware limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Clarify Plaintiff's Right to Conduct Discovery** [Doc. # 34, filed 9/12/2011] (the "Motion"). By minute order [Doc. # 39], I set the Motion for hearing this morning at 8:30 a.m. Counsel for the defendant appeared at the hearing as required, but plaintiff's counsel neither appeared nor contacted the court in any way.

IT IS ORDERED that the Motion [Doc. # 34] is DENIED as abandoned.

Dated October 7, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge