IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan, and
AXCERA, LLC, a Delaware limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Second Motion for Leave to Amend Complaint to Add Additional Claim for Relief** [Doc. # 57, filed 11/15/2011] (the "Motion to Amend"), which is GRANTED.

I am informed that plaintiff's counsel attempted to confer with the defendants concerning the Motion to Amend but received no meaningful response. Motion to Amend [Doc. # 57] at p. 1. I ordered that a response to the Motion to Amend be filed on or before November 29, 2011. Minute Order [Doc. # 59]. No response was received. Consequently, I construe the Motion to Amend as unopposed.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 57] is GRANTED.

(2)     The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 57-1].

Dated December 1, 2011.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge