IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan, and
AXCERA, LLC, a Delaware limited liability company,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Modify Scheduling Order and Set Case for Bench Trial** [Doc. # 79, filed 5/11/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 79] is GRANTED, and the following case schedule and discovery limitations are imposed for the remainder of the case:

> Discovery Cut-Off:            October 1, 2012
>
> (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
> Discovery is limited as follows: Each separately represented party may take no more than ten depositions, including the depositions of any specially retained experts designated pursuant to this Order. Each separately represented party may serve no more than 20 interrogatories, including discrete subparts. Each separately represented party may serve no more than 15 requests for

       production and 15 requests for admissions.

       Dispositive Motions Deadline:       elapsed

       Expert Disclosures:   Each separately represented party may designate no more than two specially retained expert witnesses.

       (a)       The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 3, 2012

       (b)       The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 31, 2012

       Final Pretrial Conference:  A final pretrial conference will be held in this case on November 15, 2012, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than November 8, 2012; and

   (2)       The Scheduling Order In an Action for Review On an Administrative Record [Doc. # 19], previously entered, is VACATED.

       Dated June 12, 2012.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge