IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana insurance company,
AXCERA WELFARE BENEFIT PLAN, an ERISA welfare benefit plan, and
AXCERA, LLC, a Delaware limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Extend Discovery Cutoff** [docket no. 124, filed September 24, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **November 1, 2012**.

DATED: September 25, 2012