IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00394-PAB-BNB

RUSSELL ERICKSON,

    Plaintiff,

v.

AXCERA WELFARE BENEFIT PLAN, an ERISA Welfare Benefit Plan, and
AXCERA, LLC, a Delaware limited liability company,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

    This matter is before the Court on the Joint Stipulation for Dismissal [Docket No. 139] filed by the remaining parties in this matter, plaintiff Russell Erickson and defendants Axcera Welfare Benefit Plan and Axcera, LLC. The parties "stipulate for the dismissal of this matter in its entirety." The stipulation, however, was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the stipulation of dismissal, by itself, does not serve to dismiss this action. The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

    **ORDERED** that all claims by and between plaintiff and defendants Axcera Welfare Benefit Plan and Axcera, LLC are dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED February 7, 2013.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge